**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 11789, 11790** |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that D. S. submit this Notice of Appeal in conformity with Bankruptcy Form B417A.

**Part 1: Identify the appellant(s)**

1. Names of Appellant: D.S.

2. Position of Appellant in the bankruptcy case: Creditor (sex abuse claimant)

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, orders, or decree appealed from:

   *Order Denying Motion to Change Election to Opt Into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant D.S.* (D.I. 11790) and accompanying *Opinion* (D.I. 11789) and all other subsumed judgments, orders, and decrees brought up for review in the appeal.

   A copy of the Order is attached hereto as **Exhibit A** and a copy of the Opinion is attached hereto as **Exhibit B.**

2. State the date on which the judgment, order, or decree was entered:

   The Order was entered on February 5, 2024 and the Opinion was entered the same day on February 5, 2024.

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Part 3: Identify the other parties to the appeal**

The other parties to the Order and Opinion, and the names, addresses, and telephone numbers of their attorneys, are as follows:

| | |
|---|---|
| D.S.<br><br>**(Appellant)** | **GELLERT SCALI BUSENKELL & BROWN LLC**<br>Charles J. Brown, III (DE 3368)<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Phone: 302-425-5813<br>Fax: 302-425-5814<br>Email: cbrown@gsbblaw.com<br><br>-and-<br><br>Tyler H. Fox, Esq.<br>(MA BBO #176860)<br>135 Antrim Street, Suite #2<br>Cambridge, MA 02139<br>Phone: (857-260-3105)<br>Email: tylerfox@verizon.net |
| Boy Scouts of America, and<br><br>Delaware BSA, LLC<br><br>**(Debtors)** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Andrew R. Remming<br>Paige N. Topper<br>Tori L. Remington<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbot@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and – |

| | |
|---|---|
| | **WHITE & CASE LLP**<br>Michael C. Andolina<br>Matthew E. Linder<br>Laura E. Baccash<br>Blair M. Warner<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com |
| Barbara J. Houser, in her capacity as Trustee of the BSA Settlement Trust<br><br>**(Appellees)** | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Richard M. Pachulski<br>Debra I. Grassgreen<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>joneill@pszjlaw.com<br><br>– and –<br><br>**GILBERT LLP**<br>Kami E. Quinn (admission pro hac vice)<br>Emily P. Grim (admission pro hac vice)<br>Sarah A. Sraders (admission pro hac vice)<br>700 Pennsylvania Avenue<br>SE Suite 400<br>Washington, DC 20003<br>Telephone: (202) 772-2200<br>Facsimile: (202) 772-3333<br>Email: quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>sraderss@gilbertlegal.com |

**Part 4: Optional election to have appeal heard by District Court:**

N/A

**Part 5: Sign Below:**

Dated: February 19, 2024

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*

Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for D.S.*

*Of Counsel:*

Tyler H. Fox, Esq.
(MA BBO #176860)
135 Antrim Street, Suite #2
Cambridge, MA 02139
Phone: (857-260-3105)

**CERTIFICATE OF SERVICE**

I, Charles J. Brown, III, hereby certify that on February 19, 2024, I caused a copy of the forgoing **NOTICE OF APPEAL**, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: February 19, 2024

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for D. S.*